# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Kurt Gardner<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:10 MJ 2028<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __8-24-10__, ____, at __2:00__ ☐ a.m. /☒ p.m. before the Honorable __Stephen J. Hillman__, in Courtroom __550__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __8/19/10__    _____
U.S. District Judge/Magistrate Judge